# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY  
COMMISSION,

    Applicant/Plaintiff,

vs.                                      Misc. No. 17-00006-WS-MU

AUSTAL USA, LLC,

    Respondent.

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 18, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 12th day of October, 2017.

        s/WILLIAM H. STEELE  
        **UNITED STATES DISTRICT JUDGE**