IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Applicant/Plaintiff,

vs.    Misc. No. 17-00006-WS-MU

AUSTAL USA, LLC,

    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the EEOC's application to enforce administrative subpoena (*see* Doc. 1) is **DENIED** and Austal's motion to quash subpoena (Doc. 6) is **GRANTED**. Austal's motion for an award of attorneys' fees, included in its motion to quash subpoena (*see* Doc. 6, at 1 & 18), is **DENIED**.

**DONE** this 12th day of October, 2017.

    s/WILLIAM H. STEELE
    **UNITED STATES DISTRICT JUDGE**